Michael A. Leone, Esq. (CA Bar No. 151276)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone: (619) 685-3071
Facsimile: (619) 685-3100
e-mail: leone@scmv.com

Attorneys for Defendant WAXIE'S ENTERPRISES, INC.,
an Arizona Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRADY INDUSTRIES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WAXIE'S ENTERPRISES, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00777-PMP-(VCF)<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

I, Michael A. Leone, am a member of SELTZER CAPLAN MCMAHON VITEK, counsel of record for defendant WAXIE'S ENTERPRISES, INC., an Arizona Corporation, in the above-captioned action.

Edward J. O'Connor is no longer with SELTZER CAPLAN MCMAHON VITEK who are counsel of record in this case and as such, Mr. O'Connor is no longer representing defendant WAXIE'S ENTERPRISES, INC., and should be removed from the service list.

Dated: October 24, 2012

SELTZER CAPLAN MCMAHON VITEK
A Law Corporation

By: _____
Michael A. Leone, Esq.
Attorneys for Defendant WAXIE'S ENTERPRISES, INC., an Arizona Corporation

NOTICE OF CHANGE OF ATTORNEY INFORMATION                          2:12-cv-00777-PMP-VCF

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 26th day of October, 2012, I served a copy of the foregoing **NOTICE OF CHANGE OF A TTORNEY INFORMAITON** via the court's CM/ECF electronic mail to the last known e-mail addresses to:

Mark G. Tratos (Bar No. 1086)
Peter H. Ajemian (Bar No. 9491)
Tyler R. Andrews (Bar No. 9499)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
tratosm@gtlaw.com
ajemianp@gtlaw.com
andrewst@gtlaw.com

James P.C. Silvestri, Esq. (SBN 3603)
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: (702) 383-6000
Facsimile: (702) 477-0088
jsilvestri@psh-law.com

_____
Tamelah L. Morris
An employee of Seltzer Caplan McMahon Vitek, a Law Corporation

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___10-29-2012___