UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRADY INDUSTRIES LLC,<br><br>Plaintiff(s),<br><br>vs<br><br>WAXIE'S ENTERPRISES INC,<br><br>Defendant(s). | Case # 2:12-cv-0777 PMP-VCF<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of October 21, 2014 for a BENCH TRIAL.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge V. Cam Ferenbach for a settlement conference.

DATED this 24th day of February, 2014.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE