UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRADY INDUSTRIES LLC,

Plaintiff(s),

vs

WAXIE'S ENTERPRISES INC,

Defendant(s).

Case # 2:12-cv-0777 PMP-VCF

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the Trial Calendar of October 21, 2014 for a BENCH TRIAL.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge V. Cam Ferenbach for a settlement conference.

DATED this 24th day of February, 2014.

PHILIP M. PRO, U. S. DISTRICT JUDGE