UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BRADY INDUSTRIES, LLC, | ) | |
| Plaintiff, | ) | 2:12-CV-00777-PMP-VCF |
| v. | ) | |
| WAXIE'S ENTERPRISES, INC., | ) | ORDER |
| Defendant. | ) | |

In light of the parties' Notice of Settlement of Entire Action (Doc. #68),

IT IS ORDERED that the parties' settlement is hereby approved, and this action is hereby closed, with the Court retaining jurisdiction as provided in the settlement agreement if further proceedings are needed.

DATED: August 5, 2014

_____
PHILIP M. PRO
United States District Judge