Mark G. Tratos
Nevada Bar No. 1086
Tyler R. Andrews
Nevada Bar No. 9499
Peter H. Ajemian
Nevada Bar No. 9491
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
andrewst@gtlaw.com
ajemianp@gtlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRADY INDUSTRIES, LLC. a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>WAXIE'S ENTERPRISES, INC., an Arizona Corporation,<br><br>Defendant. | Case No. 2:12-cv-00777-PMP-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Brady Industries, LLC ("Plaintiff") and Waxie's Enterprises, Inc.

///

///

///

///

///

///

1

LV 420292119v2

("Defendant") that this matter shall be dismissed in its entirety with prejudice, each party to bear their own attorney fees and costs.

| August 18, 2014. | August 18, 2014. |
|---|---|
| GREENBERG TRAURIG, LLP | SELTZER CAPLAN MCMAHON VITEK |
| By: /s/ Tyler R. Andrews<br>PETER H. AJEMIAN, ESQ.<br>Nevada Bar No. 9491<br>TYLER R. ANDREWS, ESQ.<br>Nevada Bar No. 9499<br>3773 Howard Hughes Pkwy., Ste. 400N<br>Las Vegas, Nevada 89169<br>*Counsel for Plaintiff* | By: /s/ Michael A. Leone<br>MICHAEL A. LEONE, ESQ.<br>California Bar No. 151276<br>750 B Street, Suite 2100<br>San Diego, California  92101<br>*Counsel for Defendant* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED this  18th  day of   August  , 2014.

Respectfully Submitted,

Greenberg Traurig, LLP

By: /s/ Tyler R. Andrews
Mark G. Tratos, Esq.   (Nevada Bar No. 1086)
Tyler R. Andrews (Bar No. 9499)
Peter H. Ajemian, Esq.  (Nevada Bar No. 9491)
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, Nevada 89169

2

LV 420292119v2